RODOLPHUS BINGHAM ET AL., PLAINTIFFS IN ERROR, v. THEODORE B. GIBBS ET AL., DEFENDANTS IN ERROR.

Error to the Supreme Court.

For the plaintiffs in error, *J. J. Crandall.*

For the defendants in error, *S. H. Grey.*

PER CURIAM.    The judgment in this case should be affirmed for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, PARKER, REED, SCUDDER, BROWN, COLE, PATERSON, WHITAKER.    11.

*For reversal*—None.